**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAY ADAMS HOTEL, LLC,   )<br>800 16th Street, N.W.           )<br>Washington, D.C. 20006,     )<br>                                              )<br>           Plaintiff,                  )<br>                                              )<br>    v.                                      )<br>                                              )<br>LOCAL 25, UNITE HERE INTERNATIONAL )<br>UNION, AFL-CIO,                )<br>1003 K Street, N.W. – 7th Floor )<br>Washington, D.C. 20001,     )<br>                                              )<br>           Defendant.              )<br>                                              ) | Case No.: 1:06CV00968 (EGS) |

## DEFENDANT'S UNOPPOSED MOTION TO AMEND CAPTION

Defendant, by and through its undersigned counsel, moves this Court as follows:

1. The Complaint filed in this matter on May 24, 2006, identifies Defendant as "Local 25, UNITE HERE International Union, AFL-CIO."

2. Defendant's proper name is "Hotel & Restaurant Employees, Local 25, UNITE HERE International Union."

3. Defendant therefore respectfully requests that the caption in this case be corrected to reflect Defendant's proper name, and that the records of the Court be modified to reflect the following caption for this case: <u>Hay Adams Hotel, LLC v. Hotel & Restaurant Employees, Local 25, UNITE HERE International Union</u>, Case No. 1:06CV00968 (EGS).

4. Plaintiff Hay Adams Hotel, LLC, consents to this motion.

Respectfully submitted,

-2-

/s/ Devki K. Virk
Devki K. Virk (D.C. Bar No. 459418)
BREDHOFF & KAISER P.L.L.C
805 Fifteenth Street, N.W. - Suite 1000
Washington, D.C. 20005
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)

*Counsel for Defendant*

Dated:  June 12, 2006

**PROOF OF SERVICE**

      I hereby certify that the foregoing document, Defendant's Unopposed Motion to Amend Caption, was filed using the Court's CM/ECF system, under which all counsel are automatically notified as follows:

Peter Chatilovicz
Jessica R. Hughes
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W. – Suite 500
Washington, D.C.  20006-4004
(202) 463-2400 (Telephone)
(202) 828-5393 (Facsimile)
pchatilovicz@seyfarth.com
jhughes@seyfarth.com


                                         /s/ Devki K. Virk_____
                                         Devki K. Virk