IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:06CV00968 (EGS) |
| LOCAL 25, UNITE HERE INTERNATIONAL UNION, AFL-CIO, | ) ) ) ) |
| Defendant. | ) ) |

## PROPOSED ORDER

Upon consideration of Defendant's Unopposed Motion to Amend Caption, it is hereby ORDERED that the motion is GRANTED. The caption of Case No. 1:06-CV-00968 (EGS) shall be AMENDED to read as follows: <u>Hay Adams Hotel, LLC v. Hotel & Restaurant Employees, Local 25, UNITE HERE International Union</u>. The Office of the Clerk is ordered to correct the docket, and the parties are directed to make all subsequent filings using the amended caption.

SO ORDERED this _____ day of _____, 2006.

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

<u>Please notify:</u>
Peter Chatilovicz
Jessica R. Hughes
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W. – Suite 500
Washington, D.C. 20006-4004

-2-

(202) 463-2400 (Telephone)
(202) 828-5393 (Facsimile)
pchatilovicz@seyfarth.com
jhughes@seyfarth.com

Devki K. Virk
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W. - Suite 1000
Washington, D.C.  20005
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)
dvirk@bredhoff.com