### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOCAL 25, UNITE HERE INTERNATIONAL ) <br> UNION, AFL-CIO,[1] ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:06CV00968 (EGS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant will appear in this action by and through undersigned counsel.

                                                                                  Respectfully submitted,

                                                                                   /s/ Devki K. Virk  
                                                                                    Devki K. Virk (D.C. Bar No. 459418)  
                                                                                    BREDHOFF & KAISER P.L.L.C  
                                                                                    805 Fifteenth Street, N.W. - Suite 1000  
                                                                                    Washington, D.C. 20005  
                                                                                    (202) 842-2600 (Telephone)  
                                                                                   (202) 842-1888 (Facsimile)  
                                                                                   E-mail: dvirk@bredhoff.com

Dated: June 12, 2006

---

[1] Defendant's proper name is Hotel & Restaurant Employees, Local 25, UNITE HERE International Union. Defendant has this day filed an unopposed motion to amend the caption to reflect Defendant's proper name. However, until that motion is granted, Defendant will continue to file any papers using the designation used by Plaintiff in initiating this action.

**PROOF OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance was filed using the Court's CM/ECF system, under which all counsel are automatically notified as follows:

Peter Chatilovicz
Jessica R. Hughes
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W. – Suite 500
Washington, D.C. 20006-4004
(202) 463-2400 (Telephone)
(202) 828-5393 (Facsimile)
pchatilovicz@seyfarth.com
jhughes@seyfarth.com


                                          /s/ Devki K. Virk_____
                                          Devki K. Virk