IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOCAL 25, UNITE HERE INTERNATIONAL )<br>UNION, AFL-CIO,[1] )<br>)<br>Defendant. )<br>_____ ) | Case No.: 1:06CV00968 (EGS) |

**WAIVER OF SERVICE OF SUMMONS**

TO:   Jessica R. Hughes
   Peter Chatilovicz
   SEYFARTH SHAW LLP
   815 Connecticut Avenue, NW #500
   Washington, DC  20006-4004

   I acknowledge receipt of your request that I waive service of a Summons in the action of <u>Hay Adams Hotel, LLC v. Local 25 UNITE HERE International Union, AFL-CIO,</u> which is case number 1:06CV00968 in the United States District Court for the District of Columbia.  I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I, as attorney of record for Defendant be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

   Defendant will retain all defenses or objections to the lawsuit or to jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

---

[1] Defendant's proper name is Hotel & Restaurant Employees, Local 25, UNITE HERE International Union.  An unopposed motion has been filed with the Court to request correction of the caption to reflect Defendant's proper name.  However, until that motion is granted, I will continue to use the existing caption.

DC1 30167184.2

I understand that a judgment may be entered against Defendant if an answer or motion under Rule 12 is not served upon you within sixty (60) days after Monday, July 24, 2006.[2]

_6/12/06_
Date

_Deyki Virk_
BREDHOFF & KAISER PLLC
805 Fifteenth Street, N.W.
Suite 1000
Washington, D.C. 20005

---

[2]Per Fed. R. Civ. P. 4(d)(2)(D), Duty to Avoid Unnecessary Costs of Service of Summons:

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place of in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form served on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also rile a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment ay be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

2