IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOTEL & RESTAURANT EMPLOYEES, )<br>LOCAL 25, UNITE HERE INT'L UNION, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 1:06 CV 00968 (EGS) |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM**

Plaintiff Hay Adams Hotel, LLC ("the Hotel"), by and through its undersigned counsel, hereby submits its answer to Plaintiff Hotel & Restaurant Employees, Local 25 UNITE HERE International Union's ("the Union") Counterclaim.

1. The Hotel admits the allegations contained in Paragraph 1 of the Counterclaim.

2. The Hotel admits the allegations contained in Paragraph 2 of the Counterclaim.

3. The Hotel admits the allegations contained in Paragraph 3 of the Counterclaim.

4. The Hotel admits that the Court has jurisdiction over the Counterclaim.

5. The Hotel admits the allegations contained in Paragraph 6 of the Counterclaim.

6. The Hotel admits the allegations contained in Paragraph 7 of the Counterclaim.

7. The Hotel admits that Arbitrator Zumas is a professional arbitrator and has been on a panel of arbitrators that are authorized to hear disputes between the Hotel and the Union. Unless expressly admitted, any remaining allegations in Paragraph 7 of the Counterclaim are denied as stated.

8. The Hotel admits the allegations contained in Paragraph 8 of the Counterclaim.

9. The Hotel denies the allegations contained in Paragraph 9 of the Counterclaim.

10. The Hotel admits the allegations contained in Paragraph 10 of the Complaint.

11. The Hotel admits the allegations contained in Paragraph 11 of the Counterclaim but states that by way of further answer that its refusal to comply with the Arbitrator's award is grounded in its good faith belief that the Arbitrator's award is not enforceable.

12. The Hotel denies the allegations contained in Paragraph 12 of the Counterclaim.

13. The allegations contained in Paragraph 13 of the Counterclaim are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, the Hotel denies the allegations contained in Paragraph 13 of the Counterclaim.

The paragraph following numbered Paragraph 13 contains the Union's prayer for relief, to which no answer is required. To the extent an answer is required, the Hotel denies that the Union is entitled to the specific relief sought or to any other relief whatsoever.

All other allegations or averments of the Counterclaim which have not been specifically admitted are hereby denied, and the Hotel further denies that the Union has suffered any damages and is entitled to any relief whatsoever.

**AFFIRMATIVE DEFENSES**

By pleading the following as Affirmative Defenses, the Hotel does not concede that each of the matters covered by the numbered defenses is to be proven by it, and the Hotel reserves its position that the Union retains the burden of proof on all matters necessary to state the claims asserted in the Counterclaim and to establish its alleged damages.

1. The Counterclaim fails to state a claim upon which relief can be granted.

WHEREFORE, the Hotel respectfully requests that the Court dismiss the Union's Counterclaim, enter judgment for the Hotel, and vacate, set aside, and declare null and void the award of Arbitrator Zumas of April 28, 2006, along with any other relief the Court deems necessary and proper.

        Respectfully submitted,

        HAY ADAMS HOTEL, LLC


By: _____/s/_____
    Jessica R. Hughes, DC Bar No. 468853
    Peter Chatilovicz, DC Bar No. 210278
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, NW #500
    Washington, DC  20006-4004
    (202) 463-2400

Dated:  August 11, 2006