IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Case No.: 1:06 CV 00968 (EGS) |
| ) | |
| HOTEL & RESTAURANT EMPLOYEES, ) | |
| LOCAL 25, UNITE HERE INT'L UNION, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |
| ) | |

**JOINT MOTION TO MOVE THE INITIAL SCHEDULING CONFERENCE AND
SET BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**

Plaintiff/Counterclaim Defendant The Hay Adams Hotel, LLC ("the Hotel") and Defendant/Counterclaim Plaintiff Hotel & Restaurant Employees, Local 25, UNITE HERE International Union ("the Union"), by and through their undersigned counsel, hereby move the Court to reschedule the Initial Scheduling Conference and to set a briefing schedule for dispositive motions. In support thereof, the parties state as follows:

1. Both the claim and counterclaim involve the enforceability of an arbitration award under the Labor Management Relations Act. Accordingly, there is no need for any discovery to be taken and both parties anticipate filing motions for summary judgment.

2. Counsel for the Union has a conflict on October 12, 2006. However, if the Court's schedule permits, both parties are amenable to holding the Initial Scheduling Conference before October 12, 2006. Per the Court's August 15, 2006 Order, counsel are have conferred and determined that they are available on any the following alternative dates: September 7, 2006, September 11, 2006, September 12, 2006, September 14, 2006, October 2-6, 2006, October 10-11, 2006, or October 13, 2006.

2

3.  The parties will submit their Rule 16 Meet and Confer Report no later than one (1) week prior to the rescheduled Initial Scheduling Conference.

4.  The parties have conferred and agree on the following briefing schedule:

| | |
|---|---|
| The Hotel's Motion for Summary Judgment | October 16, 2006 |
| The Union's Opposition to the Hotel's Motion for Summary Judgment and Cross Motion for Summary Judgment | November 13, 2006 |
| The Hotel's Opposition to the Union's Cross Motion for Summary Judgment and Reply in Support of Its Motion for Summary Judgment | December 4, 2006 |
| The Union's Reply in Support of Its Cross Motion for Summary Judgment | December 18, 2006 |

Wherefore, the parties respectfully request the Court move the Initial Scheduling Conference to one of the alternative dates suggested in Paragraph 2, or to another date that is convenient for the Court, and adopt the briefing schedule recommended by the parties.

Respectfully submitted,

HAY ADAMS HOTEL, LLC

By: _____/s/_____
   Jessica R. Hughes, DC Bar 468853
   Peter Chatilovicz, DC Bar No. 210278
   SEYFARTH SHAW LLP
   815 Connecticut Avenue, NW #500
   Washington, DC  20006-4004
   (202) 463-2400

HOTEL & RESTAURANT EMPLOYEES, LOCAL 25, UNITE HERE INT'L UNION

By: _____/s/_____
   Devki K. Virk, DC Bar No. 459418
   BREDHOFF & KAISER P.L.L.C.
   805 Fifteenth Street, NW, Suite 1000
   Washington, DC  20005
   (202) 842-2600

Dated:  August 18, 2006