### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, )<br>)<br>   Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>HOTEL & RESTAURANT EMPLOYEES, )<br>LOCAL 25, UNITE HERE INT'L UNION, )<br>)<br>   Defendant/Counterclaim Plaintiff. )<br>_____ ) | Case No.: 1:06 CV 00968 (EGS) |

**ORDER**

Upon consideration of the parties' joint motion to move the initial scheduling conference and set briefing schedule, it is this _____ day of _____, 2006, hereby

ORDERED that the motion IS GRANTED; and it is

FURTHER ORDERED that the Initial Scheduling Conference in the above-captioned matter is now set for _____, 2006 at _____ am/pm; and it is

FURTHER ORDERED that the parties Rule 16 Report is due no later than seven (7) days prior to the Initial Scheduling Conference; and it is

FURTHER ORDERED that the following schedule is in effect for the briefing and submission of dispositive motions:

| | |
|---|---|
| The Hotel's Motion for Summary Judgment | October 16, 2006 |
| The Union's Opposition to the Hotel's Motion for Summary Judgment and Cross Motion for Summary Judgment | November 13, 2006 |

DC1 30171527.1

2

| | |
|---|---|
| The Hotel's Opposition to the Union's Cross Motion for Summary Judgment and Reply in Support of Its Motion for Summary Judgment | December 4, 2006 |
| The Union's Reply in Support of Its Cross Motion for Summary Judgment | December 18, 2006 |

SO ORDERED.

_____

U.S. District Court Judge Emmet G. Sullivan

2