IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HOTEL & RESTAURANT EMPLOYEES, )<br>LOCAL 25, UNITE HERE INTERNATIONAL )<br>UNION, )<br>      Defendant. )<br>) | Case No.: 1:06CV00968 (EGS) |

## JOINT MOTION TO AMEND BRIEFING SCHEDULE

The parties, Hay Adams Hotel, LLC ("Hotel") and Hotel & Restaurant Employees, Local 25, UNITE HERE International Union ("Union"), by and through their undersigned counsel, respectfully request that the Court amend the dispositive motion briefing schedule set by the Court's Order dated August 22, 2006 to permit the Union an opportunity to file a reply memorandum in support of its cross-motion for summary judgment on or before December 18, 2006.  The reasons supporting this motion are as follows:

      1.      On August 18, 2006, the parties filed a joint motion seeking to reset the initial conference in this matter, and to set a schedule for briefing of dispositive motions (d/e 8). As explained in that joint motion, this lawsuit involves enforceability of an arbitration award under the Labor Management Relations Act, 29 U.S.C. § 185 *et seq.*  No discovery will be conducted; rather, the parties intend to file cross-motions for summary judgment.

      2.      The briefing schedule proposed by the parties in their filing included a deadline for submission of the Hotel's motion for summary judgment (October 16); a deadline for submission of the Union's cross-motion for summary judgment and opposition to the Hotel's motion (November 13); a deadline for submission of the Hotel's opposition to the Union's cross-

motion and the Hotel's reply in support of its own motion (December 4); and a deadline for the Union to submit a reply in support of its cross-motion (December 18).  *See* Joint Motion (d/e 8) at ¶ 4.

3. On August 18, the Court entered a minute order cancelling the initial conference and adopting the parties' proposed briefing schedule in full.

4. However, on August 22, the parties received an order resetting the briefing deadlines so that *both* the Hotel's opposition to the Union's cross-motion *and* the Union's reply in support of its cross-motion were now due on the same day:  December 4.

5. As this resetting of the deadlines deprives the Union of an opportunity to submit any reply in support of its cross-motion for summary judgment, the parties respectfully request that the Court enter an order restoring the original briefing schedule, which permits the Union to submit a reply memorandum on or before December 18, 2006.

6. In a case that the parties have already streamlined for resolution, the additional twelve days requested will not result in unwarranted delay.

Respectfully submitted,


/s/ Jessica R. Hughes
Jessica R. Hughes (D.C. Bar No. 468853)
Peter Chatilovicz (D.C. Bar No. 210278)
SEYFARTH SHAW, LLP
815 Connecticut Avenue, N.W. – Suite 500
Washington, D.C.  20006-4004
(202) 463-2400  (Telephone)
(202) 828-5393 (Facsimile)

*Counsel for Hay Adams Hotel, LLC*

/s/ Devki K. Virk
Devki K. Virk (D.C. Bar No. 459418)
BREDHOFF & KAISER P.L.L.C
805 Fifteenth Street, N.W. - Suite 1000
Washington, D.C. 20005
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)

*Counsel for Hotel & Restaurant Employees, Local 25, UNITE HERE International Union*

Dated:  August 22, 2006

## **PROOF OF SERVICE**

      I hereby certify that the foregoing document, Joint Motion to Amend Briefing Schedule, was filed on August 22, 2006, using the Court's CM/ECF system, under which all counsel are automatically notified as follows:

Peter Chatilovicz
Jessica R. Hughes
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W. – Suite 500
Washington, D.C.  20006-4004
(202) 463-2400 (Telephone)
(202) 828-5393 (Facsimile)
pchatilovicz@seyfarth.com
jhughes@seyfarth.com

                                                /s/ Devki K. Virk_____
                                                Devki K. Virk