**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOTEL & RESTAURANT EMPLOYEES, ) <br> LOCAL 25, UNITE HERE INTERNATIONAL ) <br> UNION, ) <br> ) <br> Defendant. ) | Case No.: 1:06CV00968 (EGS) |

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Amend Briefing Schedule, the motion is hereby GRANTED. The briefing schedule shall be as follows:

Hotel's Motion for Summary Judgment - October 16, 2006

Union's Opposition and Cross-Motion for Summary Judgment - November 13, 2006

Hotel's Opposition to Cross-Motion and Reply - December 4, 2006

Union's Reply - December 18, 2006

SO ORDERED this _____ day of _____, 2006.

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Please notify:
Peter Chatilovicz
Jessica R. Hughes

-2-

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W. – Suite 500
Washington, D.C.  20006-4004
(202) 463-2400 (Telephone)
(202) 828-5393 (Facsimile)
pchatilovicz@seyfarth.com
jhughes@seyfarth.com

Devki K. Virk
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W. - Suite 1000
Washington, D.C.  20005
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)
dvirk@bredhoff.com