IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>HOTEL & RESTAURANT EMPLOYEES, )<br>LOCAL 25, UNITE HERE INT'L UNION, )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>_____) | Case No.: 1:06 CV 00968 (EGS) |

## **PLAINTIFF HAY ADAMS HOTEL, LLC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Hay Adams Hotel, LLC ("the Hotel"), by and through its undersigned counsel and pursuant Rule 56 of the Rules of Civil Procedure, hereby moves for summary judgment on its complaint for vacation of the arbitration award ("Award") issued in the grievance between the Hotel and Defendant Hotel Employee Restaurant Employees Local 25, UNITE-HERE International Union ("the Union") regarding Girdharry Merhai. Specifically, because there is no issue of material fact that the arbitrator exceeded his statutory and contractual authority in rendering an Award that did not draw its essence from the agreement between the Hotel and the Union, the matter is ripe for summary disposition. Where, as here, the arbitrator has dispensed his own brand of industrial justice, the Award is not valid and should be vacated. In further support thereof, the Hotel respectfully refers the Court to its accompanying memorandum of points and authorities.

WHEREFORE, the Hotel respectfully requests that the Court grant its motion for summary judgment, vacate the Award, uphold the termination of Merhai, and order any other relief it deems just and proper.

Respectfully submitted,

HAY ADAMS HOTEL LLC

By:_____/s/_____
    Jessica R. Hughes, Bar No. 478853
    Peter Chatilovicz, Bar No. 210278
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, NW #500
    Washington, DC 20006-4004
    (202) 463-2400

Dated: October 16, 2006        Attorneys for Plaintiff/Counterclaim Defendant