IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAY ADAMS HOTEL, LLC,  )<br>  )<br>Plaintiff/Counterclaim Defendant,  )<br>  )<br>v.  )<br>  )<br>HOTEL & RESTAURANT EMPLOYEES,  )<br>LOCAL 25, UNITE HERE INT'L UNION,  )<br>  )<br>Defendant/Counterclaim Plaintiff.  )<br>_____) | Case No.: 1:06 CV 00968 (EGS) |

## ORDER

Upon consideration of Plaintiff/Counterclaim Defendant Hay Adams Hotel, LLC's motion for summary judgment, its memorandum of points and authorities in support thereof, and any opposition thereto, it is this _____ day _____ 200___, hereby

ORDERED that Plaintiff/Counterclaim Defendant Hay Adams Hotel, LLC's motion for summary judgment IS GRANTED; and it is

FURTHER ORDERED that summary judgment is entered on behalf of Plaintiff/Counterclaim Defendant Hay Adams Hotel, LLC; and it is

FURTHER ORDERED that the arbitration award that was the subject of Plaintiff/Counterclaim Defendant Hay Adams Hotel, LLC's complaint is vacated to the extent that it did not uphold the termination of employment of Girdharry Merhai ("Merhai") for workplace rule violations and violations of the "last chance agreement" between the parties; and it is

DC1 30174802.1

FURTHER ORDERED that Merhai's termination of employment became effective as July 28, 2005.

SO ORDERED.

_____
United States District Court Judge Emmet G. Sullivan