IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAY ADAMS HOTEL, LLC, ) | |
| ) | Case No. 1:06-CV-00968 (EGS) |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| HOTEL AND RESTAURANT ) | |
| EMPLOYEES, LOCAL 25, UNITE HERE ) | |
| INTERNATIONAL UNION, ) | |
| ) | |
| Defendant/Counterlaim Plaintiff. ) | |

### JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Plaintiff-Counterclaim Defendant Hay-Adams Hotel, LLC ("the Hotel") and Defendant-Counterclaim Plaintiff Hotel and Restaurant Employees, Local 25, UNITE HERE International Union ("Local 25" or "the Union") respectfully request that this Court briefly extend the remaining deadlines set forth in the parties' agreed-upon schedule for filing their cross-motions for summary judgment, which was entered by the Court on August 24, 2006. The reasons underlying this request are as follows:

1.  This case concerns mirror-image claims to vacate and enforce an arbitration award rendered under the parties' labor agreement. The parties agree that no discovery is necessary, and that the case may be resolved on cross-motions for summary judgment. *See* Joint Motion to Move Scheduling Conference (filed Aug. 18, 2006).

2.  Under the current schedule, the Union's Opposition and Cross-Motion for Summary Judgment would be due Monday, November 13, 2006; the Hotel's Opposition and

Reply Brief would be due on Monday, December 4, 2006; and the Union's Reply Brief would be due on Monday, December 18, 2006.  *See* Order (Aug. 24, 2006).

3.  Due to the competing obligations of counsel for the Union, including preparation for a week-long trial, the parties request that the remaining deadlines for filing briefs be extended as follows:

> November 22, 2006 - Union's Opposition and Cross-Motion for Summary Judgment
>
> December 13, 2006 - Hotel's Opposition and Reply Brief
>
> December 22, 2006 - Union's Reply Brief

4.  The parties' proposed schedule would still result in this case being completely briefed and ripe for decision only four (4) calendar days later than provided in the original briefing schedule.  Further, the requested additional time will not result in disruption to the Court's schedule, as no trial date has been scheduled, and the parties fully expect the matter to be resolved on cross-motions for summary judgment.

WHEREFORE, the parties respectfully request that this Court amend the briefing schedule as provided above.

Respectfully submitted,

| | |
|---|---|
| /s/ Jessica R. Hughes_____ | /s/ Devki K. Virk_____ |
| Jessica R. Hughes (D.C. Bar No. 468853) | Devki K. Virk (D.C. Bar No. 459418) |
| Peter Chatilovicz (D.C. Bar No. 210278) | BREDHOFF & KAISER P.L.L.C |
| SEYFARTH SHAW, LLP | 805 Fifteenth Street, N.W. - Suite 1000 |
| 815 Connecticut Avenue, N.W. – Suite 500 | Washington, D.C. 20005 |
| Washington, D.C. 20006-4004 | (202) 842-2600 (Telephone) |
| (202) 463-2400 (Telephone) | (202) 842-1888 (Facsimile) |
| (202) 828-5393 (Facsimile) | |
| | |
| *Counsel for Hay Adams Hotel, LLC* | *Counsel for Hotel & Restaurant Employees, Local 25, UNITE HERE International Union* |

Dated:  November 9, 2006

**PROOF OF SERVICE**

  I hereby certify that the foregoing document, Joint Motion to Extend Briefing Schedule, was filed on November 9, 2006, using the Court's CM/ECF system, under which all counsel are automatically notified as follows:

Peter Chatilovicz
Jessica R. Hughes
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W. – Suite 500
Washington, D.C. 20006-4004
(202) 463-2400 (Telephone)
(202) 828-5393 (Facsimile)
pchatilovicz@seyfarth.com
jhughes@seyfarth.com

             /s/ Devki K. Virk_____
             Devki K. Virk