### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAY ADAMS HOTEL, LLC, ) | |
| ) | Case No. 1:06-CV-00968 (EGS) |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| HOTEL AND RESTAURANT ) | |
| EMPLOYEES, LOCAL 25, UNITE HERE ) | |
| INTERNATIONAL UNION, ) | |
| ) | |
| Defendant/Counterlaim Plaintiff. ) | |

## ORDER

The matter is before the Court is the Parties' Joint Motion for Extension of Briefing Schedule.

For good cause shown,

It is **ORDERED** that the Join Motion for Extension of Briefing Schedule is **GRANTED**.

It is **FURTHER ORDERED** that the Union's Opposition and Cross-Motion for Summary Judgment is due Wednesday, November 22, 2006; the Hotel's Opposition and Reply Brief is due Wednesday, December 13, 2006; and the Union's Reply Brief would is due Friday, December 22, 2006.

SO ORDERED this _____ day of November, 2006.

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

<u>Please notify:</u>

Peter Chatilovicz
Jessica R. Hughes
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W. – Suite 500
Washington, D.C. 20006-4004
(202) 463-2400 (Telephone)
(202) 828-5393 (Facsimile)
pchatilovicz@seyfarth.com
jhughes@seyfarth.com

Devki K. Virk
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W. - Suite 1000
Washington, D.C. 20005
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)
dvirk@bredhoff.com