**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAY ADAMS HOTEL, LLC, ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> HOTEL AND RESTAURANT ) <br> EMPLOYEES, LOCAL 25, UNITE HERE ) <br> INTERNATIONAL UNION, ) <br> ) <br> Defendant/Counterclaim Plaintiff. ) <br> ) | Case No. 1:06-CV-00968 (EGS) |

## DECLARATON OF DEVKI K. VIRK

I, Devki K. Virk, being over eighteen years of age and competent to testify, affirm as follows:

1. I am an attorney with Bredhoff & Kaiser, P.L.L.C. I am one of the attorneys representing Hotel & Restaurant Employees, Local 25, UNITE HERE International Union ("Local 25" or "the Union"), Defendant/ Counterclaim Plaintiff in the above-captioned case.

2. Exhibit 1 to this Declaration is composed of true and correct copies of the pages of the collective bargaining agreement ("CBA") between the Hay Adams Hotel and the Union relating to the grievance procedures adopted by the parties.

3. Exhibit 2 to this Declaration is composed of true and correct copies of the pages of the transcripts made of the arbitration hearing held before Arbitrator Nicholas H. Zumas on December 15-16, 2005, in the case of Girdharry Merhai's 2005 termination from the Hotel.

- 2 -

4. Exhibit 3 to this Declaration is a true and correct copy of the Opinion and Award issued by Arbitrator Zumas on or about April 13, 2006 resolving the 2005 grievance challenging Mr. Merhai's termination.

5. Exhibit 4 to this Declaration is a true and correct copy of the agreement reached by the parties in 2003 to resolve the grievance filed by the Union to protest the Hotel's 2003 termination of Mr. Merhai.

6. Exhibit 5 to this Declaration is a true and correct copy of the post-hearing brief filed with Arbitrator Zumas on behalf of the Union on or about March 10, 2006.

7. Exhibit 6 to this Declaration is a true and correct copy of the post-hearing brief filed with Arbitrator Zumas on behalf of the Union on or about March 10, 2006.

8. Exhibit 7 to this Declaration are true and correct copies of three arbitration awards cited in the Union's Memorandum in Support of its Cross-Motion for Summary Judgment and in Opposition to the Hotel's Motion for Summary Judgment: Eaton Cutler-Hammer Corp., 110 LA 467 (1998); LTV Steel Mining Co., 110 LA 283 (1997); and Cross Oil Refining Co., 111 LA 1013 (1999). These awards are included here for the convenience of the Court.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Devki K. Virk
Devki K. Virk (D.C. Bar No. 459418)

BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)

Dated: November 22, 2006