# Virk Declaration
# Exhibit 4

## SETTLEMENT AGREEMENT

WHEREAS, Hotel and Restaurant Employees Local 25, AFL-CIO ("the Union") has filed a grievance against the Hay Adams Limited Partnership, t/a the Hay Adams Hotel ("the Hotel") concerning the termination of Girdharry Merhai ("the Grievant") on or about October 17, 2003;

AND WHEREAS, the Hotel has taken the position that the Grievant was discharged for just cause;

AND WHEREAS, the Union and the Grievant have taken the position that the Grievant was involved in no conduct which warranted discharge;

AND WHEREAS, the Hotel, the Union and the Grievant desire to resolve this matter without further expense, inconvenience, or litigation;

NOW THEREFORE, and in consideration of the mutual promises contained herein, the parties agree to the following items:

1. The Hotel agrees to return the Grievant to work with his full seniority in the next scheduled work week beginning on or about Sunday, November 16, 2003.

2. The parties agree that the period between the Grievant's termination and reinstatement will be treated as a suspension without pay.

3. Should the Grievant engage in behavior in the future that is similar in nature to that which gave rise to the instant grievance -- including violating the Hotel's "The Work Environment is No Place for the Rumor Mill" policy, its Performance Improvement policy and its Harassment policy -- and as a result be terminated from employment, the Union agrees that it shall waive its right to grieve said future incident. This Agreement shall not, however, preclude the Union from carrying out its due diligence in investigating the factual claim of wrong doing.

4. The Grievant agrees to withdraw his grievance and release the Hotel, its officers, employees, successors, assigns and operators from all claims of any nature -- including but not limited to such for loss of wages, gratuities or fringe benefits -- that relate to or arise out of his employment with or separation from the Hotel.

5. This Agreement expresses the full and complete settlement of all claims which were or could have been brought pursuant to any statutory or common law with regarding to the Grievant's separation from employment with the Hotel or that could have been brought under the collective bargaining agreement.

6. This Agreement is non-precedential and may not be raised as evidence by either party in connection with any subsequent legal proceeding or litigation, except to the extent necessary to enforce this Agreement.

7.  The Grievant acknowledges that he has discussed this Settlement Agreement with the representative of his choice and that he is entering into it knowingly and voluntarily.

8.  This Agreement contains and constitutes the entire understanding between the parties.

Grievant

By: *Gyadharry Merhai*

Date: 12-8-03

Hay Adams Hotel Limited Partnership

By: _____

Date: 12/09/03

Hotel and Restaurant Employees
Local 25, AFL-CIO

By: _____

Date: 12/3/03

2



### PROCEDURES

In the case of an emergency, it is important to contact the Hotel Operator immediately, who will notify "911". Once the proper authorities have been notified, inform the General Manager, Manager-on-Duty, or your Department Manager of the situation at hand.



### PERFORMANCE IMPROVEMENT

The Hay Adams will invest training and resources, and provide feedback and coaching to help employees succeed on the job. If an employee is unable to meet acceptable standards of performance, or exhibits unacceptable behavior on the job, corrective discipline may be used as a tool to improve performance, and to motivate and encourage employees to become more productive. Progressive discipline refers to the concept of increased level of discipline if an employee repeatedly violates the Hotel's rules. Progressive discipline offenses are classified as minor, major and critical.

While progressive discipline measures are used for minor and major offenses, in the event of critical offenses, the first offense may result in termination of employment. If no additional disciplinary action occurs within 24 months of a written warning, the disciplinary cycle starts over and the record of the written warning, while it remains in the employee's personnel file, will not be used in progressive discipline. All disciplinary action is documented in writing, including date, time and offense and is signed by the supervisor. The Hotel reserves the right to suspend progressive discipline on a case-by-case basis and to impose whatever discipline action it considers appropriate. The Hotel reserves the right to factor in extenuating circumstances as appropriate in reviewing disciplinary action.

### RESIGNATION AND TERMINATION

In the event of resignation, an employee is expected to give The Hay Adams two weeks notice. The resignation process includes returning Hotel property, completing forms and participating in an exit interview. Upon resignation, an employee can be required to leave the premises at once or at any time prior to the expiration of notice provided. An employee who fails to give proper notice will receive any wages owed him or her by the next regular pay day or within 7 days (whichever is earlier) after the last date worked, while employees who give proper advance notice will receive their final wages on the last date worked. Employees are not eligible for rehire status if they fail to provide a two-week notice or have an unsatisfactory work record.

For termination of employment at any time for any reason, an employee shall receive payment for all wages owed for hours actually worked, and any accrued, but unused vacation, on the day of termination or no later than the next working day.

### EXIT INTERVIEWS

Exit interviews with your Department Manager or the Human Resources Department will be scheduled for all resigning employees. During this interview, employees have the opportunity to discuss job-related experiences and the continuation of health insurance. Additionally, the

## RELIGIOUS ACCOMMODATION

The Hay Adams will make reasonable efforts to accommodate the religious practices of our employees, and will engage in a dialogue with the employee to determine whether an accommodation is feasible. An employee may request an accommodation, such as time off or a change in job assignment, if the requested accommodation is reasonable. The Hotel will not be able to make any accommodation that would create an undue hardship on the Hotel's operations. Whether a requested accommodation would create an undue hardship will be determined based on the facts of each particular case.

## LIFE-THREATENING ILLNESS

The Hay Adams recognizes that employees with life-threatening illnesses, such as cancer, heart disease and AIDS, may wish to continue their normal pursuits, including work, to the extent feasible. These individuals will not be discriminated against in respect to the employment relationship, and their physical and mental conditions will be kept as confidential as possible. The decision regarding whether the employee may continue to work will be made on a case-by-case basis, in accordance with the individual's ability to safely perform the essential functions of their job, the hardship on the Hotel's operations and in compliance with applicable federal and state laws.



## HARASSMENT POLICY

The Hay Adams expects that all employees will treat each other with fairness and respect. Harassment on the basis of race, religion, color, gender, sexual orientation, age, national origin or disability or as otherwise provided under state or local law, will not be tolerated and is strictly prohibited. Harassment is illegal and contrary to the policy of the Hotel. The Hotel strives to foster a work environment free of harassment, discrimination, intimidation and insult. Harassment is a form of misconduct that undermines both personal and professional relationships in the workplace. Every employee must be assured that he or she can work in an environment that is free from unwanted and unwelcome harassment and discrimination.

Any person who believes that he/she is the victim of any type of discriminatory or harassing conduct should bring that conduct to the immediate attention of his/her supervisor, the Human Resources Department, or the General Manager. The Hotel will conduct a prompt and thorough investigation of all the circumstances surrounding the alleged incident in as confidential manner as possible. If the investigation discloses that an individual has committed an act of discrimination, that individual will be subject to appropriate disciplinary action, up to and including termination. Retaliation in any form against an employee who complains of discrimination or harassment is strictly prohibited and will result in appropriate disciplinary action. Any supervisory employee to whom an employee brings a complaint of harassment but who fails to take appropriate action to resolve it will also be disciplined.

## SEXUAL HARASSMENT

<u>Illegality of Sexual Harassment</u>
Sexual or gender-based harassment of job applicants or employees is prohibited by state and federal law and will not be tolerated by The Hay Adams. This policy prohibiting sexual

NAME: _____

## THE WORK ENVIRONMENT IS NO PLACE FOR THE RUMOR MILL

The Hay-Adams Hotel strives to create a positive work environment for all employees. To do this, we need everyone's cooperation.

Please be aware of professional conduct and conversations in the work place. The "rumor mill" sabotages teamwork, and breaks down the trust and positive interactions of our staff.

To build a strong team, to maintain a professional climate, and to end hurtful or harmful rumors, please be aware of the following definitions:

Rumor:
  1: talk or opinion widely disseminated with no credible source;
  2: a statement or report with no authority or known truth.

Defamation:
  1: disgrace;
  2: to harm the reputation of another by liable or slander

Libel:
  1: a verbal or written statement which unjustly attacks another's reputation;
  2: the civil act or crime of publishing the defamation

Slander:
  1: verbal statements of false charges;
  2: misrepresentations of fact which defame and damage another's reputation

Please help us prevent these negative and hurtful behaviors. If you hear any unfounded statements, tell the person that you're not interested and change the subject to a more positive topic. Immediately report to management any verbal or physical behaviors which are offensive or unwelcome. Any conversation or statement which falls into one of the definitions may be construed as a very serious breach of professional behavior.

If we continue to treat each other with respect and cooperation, The Hay-Adams will continue to be an excellent place to work.

I have read and understand the above information and agree to conduct myself in a professional manner at all times. Failure to comply with company policies may result in progressive disciplinary action, up to and including suspension and/or termination.

_____  12-8-03
Name                        date