### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAY ADAMS HOTEL, LLC, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>HOTEL AND RESTAURANT )<br>EMPLOYEES, LOCAL 25, UNITE HERE )<br>INTERNATIONAL UNION, )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>) | Case No. 1:06-CV-00968 (EGS) |

## **ORDER**

Upon consideration of the cross-motion for summary judgment submitted by Defendant/Counterclaim Plaintiff Restaurant Employees, Local 25, UNITE HERE International Union, its accompanying memorandum and exhibits thereto, and any opposition and reply, it is hereby ORDERED:

(1) That Defendant/Counterclaim Plaintiff's motion is GRANTED and judgment entered in its favor with respect to the Complaint as well as the counterclaim;

(2) That Plaintiff/Counterclaim Defendant Hay Adams Hotel, LLC, comply in all respects with the Award issued by Arbitrator Zumas on April 13, 2006.

SO ORDERED this _____ day of _____, 2006.

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

- 2 -

<u>Please notify</u>:

Jessica Hughes
Peter Chatilovicz
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C.  20006
jhughes@seyfarth.com

Devki K. Virk
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, D.C.  20005
dvirk@bredhoff.com