**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HAY ADAMS HOTEL LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOTEL & RESTAURANT EMPLOYEES, ) <br> LOCAL 25, UNITE HERE ) <br> INTERNATIONAL UNION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-968 (EGS) |

## ORDER

In accordance with the Memorandum Opinion issued this same day, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment is **DENIED**; and it is

**FURTHER ORDERED** that the Clerk of the Court shall enter judgment in favor of Plaintiff and against Defendant.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
           United States District Judge
           May 9, 2007**