UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HAY ADAMS HOTEL LLC, <br><br> Plaintiff, <br><br> v. <br><br> HOTEL & RESTAURANT EMPLOYEES, LOCAL 25, UNITE HERE INTERNATIONAL UNION, <br><br> Defendant. | Civil Action No. 06-968 (EGS) |

## JUDGMENT FOR PLAINTIFF

This case having been considered on Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the Court having rendered its decision granting Plaintiff's motion and denying Defendant's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED, AND DECREED that final judgment is entered in favor of Plaintiff and against Defendant.

NANCY MAYER-WHITTINGTON, Clerk

Dated: May 9, 2007                By: _Michelle Moon_
                                      Deputy Clerk